■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN NUNEZ, Appellant. [682 NYS2d 608] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Harkavy, J.), rendered August 8, 1996, convicting him of criminal possession of a controlled substance in the second degree (two counts) and criminal possession of a controlled substance in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he received ineffective assistance of counsel is without merit (*see, People v Benevento,* 91 NY2d 708; *People v Flores,* 84 NY2d 184; *People v Satterfield,* 66 NY2d 796; *People v Baldi,* 54 NY2d 137; *People v Wicker,* 229 AD2d 602; *People v Sullivan,* 153 AD2d 223). Furthermore, the defendant's sentence is not excessive (*see, People v Suitte,* 90 AD2d 80). O'Brien, J. P., Pizzuto, Joy and Goldstein, JJ., concur.